UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CHATAS,

        Plaintiff,

                              Case No. 12-15534
v.                              Honorable David M. Lawson

NEW ENGLAND COMPOUNDING
PHARMACY, INC.,

        Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

On December 26, 2012, the defendant filed its notice that it has filed a voluntary petition for protection under the Bankruptcy Code. Based on that notice, the Court will administratively close the case.

Accordingly, it is **ORDERED** that this case is **CLOSED** for administrative purposes without prejudice because the defendant is involved in a bankruptcy case in which a stay of proceedings or an injunction is in effect. This closing does not constitute a decision on the merits.

It is further **ORDERED** that if the bankruptcy stay or the injunction is removed, the case may be reopened on motion of either the plaintiff or the defendant.

Dated: January 3, 2013                    s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 3, 2013.

                                        s/Shawntel Jackson
                                        SHAWNTEL JACKSON